COPY

1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   STEPHEN H. TURNER, SB# 89627
2    E-Mail: turner@lbbslaw.com
   PATRIK JOHANSSON, SB#231769
3    E-Mail: Johansson@lbbslaw.com
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for Defendants
   RJM ACQUISITIONS FUNDING, LLC and
7  SCOTT MATTE, erroneously sued as Scott Watte

8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

11

12 BOB DAVIS,                          CASE NO. **CV13-02984-ABC (AGRx)**

13           Plaintiff,                **NOTICE OF REMOVAL**

14    vs.                             Action Filed:   April 15, 2013
                                      Trial Date:
15 RJM ACQUISITIONS FUNDING,
   LLC; and SCOTT WATTE,
16
             Defendants.
17

18

19      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20      PLEASE TAKE NOTICE that Defendants RJM ACQUISITIONS ("RJM")

21 and SCOTT MATTE, erroneously sued as Scott Watte ("Defendants"), hereby

22 remove to this Court the state court action described below:

23      1.    On April 15, 2013, an action was commenced in the Los Angeles

24 County Small Claims Court, Downey Branch, entitled *Bob Davis v RJM*

25 *Acquisitions, LLC, et al.,* Case No. 13D01013. A true and correct copy of Plaintiff's

26 Complaint in this action is attached hereto as Exhibit "A."

27      2.    The Complaint was filed on April 15, 2013. Attached hereto as

28 Exhibit "A" is a true and correct copy of the Complaint with the stamped filing date.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4818-3193-3203.1

1    3.    This action is a civil action of which this Court has original jurisdiction

2    under 28 U.S.C. § 1331, and is one which may be removed to this Court by

3    Defendants pursuant to the provisions of 28 U.S.C. § 1441(b) in that it arises under

4    the Fair Debt Collection Practices Act ("FDCPA"") 15 U.S.C. § 1692, et seq.

5        4.    There are no other defendants named in the Complaint.

6

7    DATED: April _26_, 2013                STEPHEN H. TURNER
                                            PATRIK JOHANSSON
8                                           LEWIS BRISBOIS BISGAARD & SMITH LLP

9

10                                          By: _____

11                                             Patrik Johansson
                                               Attorneys for Defendants
12                                             RJM ACQUISITIONS FUNDING, LLC
                                               and SCOTT MATTE, erroneously sued as Scott
13                                             Watte

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4818-3193-3203.1

# EXHIBIT "A"

*COPY* *served 4/17/13 12:00 am of CORP LA, CA* (handwritten)

## SC-100

### Plaintiff's Claim and ORDER to Go to Small Claims Court

**Notice to the person being sued:**

- You are the Defendant if your name is listed in ② on page 2 of this form. The person suing you is the Plaintiff, listed in ① on page 2.
- You and the Plaintiff must go to court on the trial date listed below. If you do not go to court, you may lose the case.
- If you lose, the court can order that your wages, money, or property be taken to pay this claim.
- Bring witnesses, receipts, and any evidence you need to prove your case.
- Read this form and all pages attached to understand the claim against you and to protect your rights.

**Aviso al Demandado:**

- Usted es el Demandado si su nombre figura en ② de la página 2 de este formulario. La persona que lo demanda es el Demandante, la que figura en ① de la página 2.
- Usted y el Demandante tienen que presentarse en la corte en la fecha del juicio indicada a continuación. Si no se presenta, puede perder el caso.
- Si pierde el caso la corte podría ordenar que le quiten de su sueldo, dinero u otros bienes para pagar este reclamo.
- Lleve testigos, recibos y cualquier otra prueba que necesite para probar su caso.
- Lea este formulario y todas las páginas adjuntas para entender la demanda en su contra y para proteger sus derechos.

*Clerk stamps date here when form is filed.*

Superior Court of California
County of Los Angeles

APR 15 2013

John A. Clarke, Executive Officer/ Clerk

By_____, Deputy

*Fill in court name and street address:*
**Superior Court of California, County of**

Los Angeles
7500 Imperial Hwy
Downey, CA 90242
Downey Courthouse

*Clerk fills in case number and case name:*

**Case Number:** 1 9 D 0 1 0 1 3

**Case Name:**
Bob Davis vs. RJM Acquisitions *Fu dry ca Scott Watte, Citibank Service Corporation, Michael Corbet* (handwritten)

### Order to Go to Court

**The people in ① and ② must go to court:** *(Clerk fills out section below.)*

| Trial Date | → Date | Time | Department | Name and address of court if different from above |
|---|---|---|---|---|
| | 6/5/13 | 1:30P | SE2 | |
| 2. | | | | |
| 3. | | | | |

Date: _____ Clerk, by: **JOHN A. CLARKE**  **S. HAYNES** , Deputy

**Instructions for the person suing:**

- You are the Plaintiff. The person you are suing is the Defendant.
- *Before* you fill out this form, read Form SC-100-INFO, *Information for the Plaintiff*, to know your rights. Get SC-100-INFO at any courthouse or county law library, or go to: *www.courts.ca.gov/smallclaims/forms.*
- Fill out pages 2 and 3 of this form. Then make copies of all pages of this form. (Make 1 copy for each party named in this case and an extra copy for yourself.) Take or mail the original and these copies to the court clerk's office and pay the filing fee. The clerk will write the date of your trial in the box above.
- You must have someone at least 18—not you or anyone else listed in this case—give each Defendant a court-stamped copy of all 5 pages of this form and any pages this form tells you to attach. There are special rules for "serving," or delivering, this form to public entities, associations, and some businesses. See Forms SC-104, SC-104B, and SC-104C.
- **Go to court on your trial date listed above.** Bring witnesses, receipts, and any evidence you need to prove your case.

Judicial Council of California, www.courts.ca.gov
Revised January 1, 2012, Mandatory Form
Code of Civil Procedure, §§ 116.110 et seq.,
116.220(c), 116.340(g)

**Plaintiff's Claim and ORDER to Go to Small Claims Court (Small Claims)**

| | Case Number: |
|---|---|

Plaintiff *(list names)*:   Bob Davis

---

**(1)** **The Plaintiff (the person, business, or public entity that is suing) is:**

Name: Bob Davis                                                                    Phone: ( 714 ) 209-5095

Street address: 3941 S. Bristol Street, #D-443          Santa Ana          CA          92704
                        *Street*                                                          *City*                  *State*          *Zip*

Mailing address *(if different)*: Same                          Same          Same          Same
                                          *Street*                                          *City*            *State*        *Zip*

**If more than one Plaintiff, list next Plaintiff here:**

Name: _____                     Phone: (      )

Street address: _____          _____          _____          _____
                        *Street*                                                          *City*                  *State*          *Zip*

Mailing address *(if different)*: _____          _____          _____          _____
                                          *Street*                                          *City*            *State*        *Zip*

☐ *Check here if more than 2 Plaintiffs and attach Form SC-100A.*

☐ *Check here if either Plaintiff listed above is doing business under a fictitious name. If so, attach Form SC-103.*

---

**(2)** **The Defendant (the person, business, or public entity being sued) is:**

Name: RJM Acquisitions Funding, LLC                                              Phone: ( 800 ) 225-9318

Street address: 818 W. 7th Street, Suite 200                Los Angeles          CA          90017
                        *Street*                                                          *City*                  *State*          *Zip*

Mailing address *(if different)*: 575 Underhill Blvd,#          Syosset          NY          11791
                                          *Street*                                          *City*            *State*        *Zip*

**If more than one Defendant, list next Defendant here:**

Name: Scott Watte                                                                    Phone: ( 800 ) 225-9318

Street address: 818 W. 7th Street, Suite 200                Los Angeles          CA          90017
                        *Street*                                                          *City*                  *State*          *Zip*

Mailing address *(if different)*: 575 Underhill Blvd, #          Syosset          NY          11791
                                          *Street*                                          *City*            *State*        *Zip*

☑ *Check here if more than 2 Defendants and attach Form SC-100A.*

☐ *Check here if any Defendant is on active military duty, and write his or her name here:* _____

---

**(3)** **The Plaintiff claims the Defendant owes $** 10,000.00 _____. *(Explain below):*

a. Why does the Defendant owe the Plaintiff money? Credit Card Fraud, I.D. THEFT,
   The Fair Debt Collection Practices Act (FDCPA), Pub. L. 95-109; 91 Stat. 874, codified as 15
   U.S.C. § 1692 –1692p, PUNITIVE DAMAGES

b. When did this happen? *(Date):* _____
   If no specific date, give the time period: *Date started:* 01/25/2005 _____ *Through:* 04/05/2013

c. How did you calculate the money owed to you? *(Do not include court costs or fees for service.)* _____
   FRAUDULANT BILLING STATEMENT

☐ *Check here if you need more space. Attach one sheet of paper or Form MC-031 and write "SC-100. Item 3" at the top.*

---

**Plaintiff's Claim and ORDER
to Go to Small Claims Court
(Small Claims)**

Plaintiff *(list names):* Bob Davis

Case Number:

---

**(4) You must ask the Defendant (in person, in writing, or by phone) to pay you before you sue. Have you done this?**  ☑ Yes  ☐ No

*If no, explain why not:* _____

---

**(5) Why are you filing your claim at this courthouse?**

This courthouse covers the area *(check the one that applies):*

a. ☑  (1) Where the Defendant lives or does business.
    (2) Where the Plaintiff's property was damaged.
    (3) Where the Plaintiff was injured.
    (4) Where a contract (written or spoken) was made, signed, performed, or broken by the Defendant *or* where the Defendant lived or did business when the Defendant made the contract.

b. ☐  Where the buyer or lessee signed the contract, lives now, or lived when the contract was made, if this claim is about an offer or contract for personal, family, or household goods, services, or loans. *(Code Civ. Proc., § 395(b).)*

c. ☐  Where the buyer signed the contract, lives now, or lived when the contract was made, if this claim is about a retail installment contract (like a credit card). *(Civil Code, § 1812.10.)*

d. ☐  Where the buyer signed the contract, lives now, or lived when the contract was made, or where the vehicle is permanently garaged, if this claim is about a vehicle finance sale. *(Civil Code, § 2984.4.)*

e. ☐  Other *(specify):* _____

---

**(6) List the zip code of the place checked in ⑤ above** *(if you know):* 90650

---

**(7) Is your claim about an attorney-client fee dispute?** ☐ Yes  ☑ No
*If yes, and if you have had arbitration, fill out Form SC-101, attach it to this form, and check here:* ☐

**(8) Are you suing a public entity?** ☐ Yes  ☑ No
*If yes, you must file a written claim with the entity first.* ☐ *A claim was filed on (date):* _____
*If the public entity denies your claim or does not answer within the time allowed by law, you can file this form.*

**(9) Have you filed more than 12 other small claims within the last 12 months in California?**
☐ Yes  ☑ No  *If yes, the filing fee for this case will be higher.*

---

**(10) I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

**(11)** I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare, under penalty of perjury under California State law, that the information above and on any attachments to this form is true and correct.

Date: 04/15/13    Bob Davis        ▶ *Bob Davis*
          *Plaintiff types or prints name here*     *Plaintiff signs here*

Date: _____               ▶
          *Second Plaintiff types or prints name here*    *Second Plaintiff signs here*

**Requests for Accommodations**

Assistive listening systems, computer-assisted, real-time captioning, or sign language interpreter services are available if you ask at least 5 days before the trial. Contact the clerk's office for Form MC-410, *Request for Accommodations by Persons With Disabilities and Response. (Civil Code, § 54.8.)*

---

**SC-100A**  **Other Plaintiffs or Defendants**

Case Number: _____

✔ This form is attached to Form SC-100, item 1 or 2.

(1) **If more than 2 plaintiffs (person, business, or entity suing), list their information below:**

Other plaintiff's name: _____

Street address: _____ Phone: (____) _____

City: _____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach Form SC-103.*

Other plaintiff's name: _____

Street address: _____ Phone: (____) _____

City: _____ State: _____ Zip: _____

Mailing address *(if different):* _____

City: _____ State: _____ Zip: _____

*Is this plaintiff doing business under a fictitious name?* ☐ Yes ☐ No *If yes, attach Form SC-103.*

☐ *Check here if more than 4 plaintiffs and fill out and attach another Form SC-100A.*

(2) **If more than 2 defendants (person, business, or entity being sued), list their information below:**

Other defendant's name: Citibank Service Corporation

Street address: 2029 Century Park East 42nd Floor _____ Phone: ( 310 ) 203-3400

City: Los Angeles _____ State: CA Zip: 90067

Mailing address *(if different):* 399 Park Ave

City: New York _____ State: NY Zip: 10022

Other defendant's name: Michael Corbet

Street address: 2029 Century Park East 42nd Floor _____ Phone: ( 310 ) 203-3400

City: Los Angeles _____ State: CA Zip: 90067

Mailing address *(if different):* 399 Park Ave

City: New York _____ State: NY Zip: 10022

☐ *Check here if more than 4 defendants and fill out and attach another Form SC-100A.*

(3) **I understand that by filing a claim in small claims court, I have no right to appeal this claim.**

(4) I have not filed, and understand that I cannot file, more than two small claims cases for more than $2,500 in California during this calendar year.

I declare under penalty of perjury under California state law that the information above and on any attachments to this form is true and correct.

Date: 04/15/13   Bob Davis _____   ▶ *Bob Davis* _____
                 *Type or print your name*          *Sign your name*

Date: _____   _____   ▶ _____
                 *Type or print your name*          *Sign your name*

Judicial Council of California, www.courtinfo.ca.gov
Revised January 1, 2007, Mandatory Form
Code of Civil Procedure, § 116.110 et seq.

**Other Plaintiffs or Defendants**  SC-100A, Page __ of __
**(Attachment to Plaintiff's Claim and ORDER to Go to Small Claims Court)**

## SC-100    Information for the Defendant (the person being sued)

"**Small claims court**" is a special court where claims for $5,000 or less are decided. A "natural person" (not a business or public entity) may generally claim up to $10,000, including a sole proprietor. (*See below for exceptions.) The process is quick and cheap. The rules are simple and informal.

You are the Defendant—the person being sued. The person who is suing you is the Plaintiff.

### Do I need a lawyer?
You may talk to a lawyer before or after the case. But you *may not* have a lawyer represent you in court (unless this is an appeal from a small claims case).

### How do I get ready for court?
You don't have to file any papers before your trial, unless you think this is the wrong court for your case. But bring to your trial any witnesses, receipts, and evidence that supports your case. And read "Be Prepared for Your Trial" at *www.courts.ca.gov/smallclaims/prepare.*

### What if I need an accommodation?
If you have a disability or are hearing impaired, fill out Form MC-410, *Request for Accommodations.* Give the form to your court clerk or the ADA/Access Coordinator.

### What if I don't speak English well?
Bring an adult who is not a witness to interpret for you, or ask the court clerk for an interpreter at least five days before your court date. A court-provided interpreter may not be available or there may be a fee for using a court interpreter unless you qualify for a fee waiver. You may ask the court for a list of interpreters and also the *Application for Waiver of Court Fees and Costs* (form FW-001).

### Where can I get the court forms I need?
Go to any courthouse or your county law library, or print forms at: *www.courts.ca.gov/smallclaims/forms.*

### What happens at the trial?
The judge will listen to both sides. The judge may make a decision at your trial or mail the decision to you later.

### What if I lose the case?
If you lose, you can appeal. You'll have to pay a fee. (Plaintiffs cannot appeal their own claims.)
- If you were at the trial, file Form SC-140, *Notice of Appeal.* You must file within 30 days after the judge's decision.
- If you were *not* at the trial, fill out and file Form SC-135, *Notice of Motion to Vacate Judgment and Declaration,* to ask the judge to cancel the judgment (decision). If the judge does not give you a new trial, you have 10 days to appeal the decision. File Form SC-140.

For more information on appeals, see: *www.courts.ca.gov/smallclaims/appeals.*

### Do I have options?
Yes. If you are being sued, you can:
- **Settle your case before the trial.** If you and the Plaintiff agree on how to settle the case, both of you must notify the court. Ask the Small Claims Advisor for help.
- **Prove this is the wrong court.** Send a letter to the court *before* your trial, explaining why you think this is the wrong court. Ask the court to dismiss the claim. You must serve (give) a copy of your letter (by mail or in person) to all parties. (Your letter to the court must say you have done this.)
- **Go to the trial and try to win your case.** Bring witnesses, receipts, and any evidence you need to prove your case. To make sure the witnesses go to the trial, fill out Form SC-107, and the clerk will subpoena (order) them to go.
- **Sue the person who is suing you.** File Form SC-120, *Defendant's Claim.* There are strict filing deadlines you must follow.
- **Agree with the Plaintiff's claim and pay the money.** Or, if you can't pay the money now, go to your trial and say you want to make payments.
- **Let the case "default."** If you don't settle and do not go to the trial (default), the judge may give the Plaintiff what he or she is asking for plus court costs. If this happens, the Plaintiff can legally take your money, wages, and property to pay the judgment.

### What if I need more time?
You can change the trial date if:
- You cannot go to court on the scheduled date (you will have to pay a fee to postpone the trial) *or*
- You did not get served (receive this order to go to court) at least 15 days before the trial (or 20 days if you live outside the county) *or*
- You need more time to get an interpreter. One postponement is allowed, and you will not have to pay a fee to delay the trial.

Ask the Small Claims Clerk about the rules and fees for postponing a trial. Or fill out Form SC-150 (or write a letter) and mail it to the court *and* to all other people listed on your court papers before the deadline. Enclose a check for your court fees, unless a fee waiver was granted.



**Need help?**
Your county's Small Claims Advisor can help for free.

Or go to *www.courts.ca.gov/smallclaims/advisor.*

*Exceptions: Different limits apply in an action against a defendant who is a guarantor. (See Code Civ. Proc. § 116.220(c).) In an action brought by a natural person for damages for bodily injuries resulting from an automobile accident, a $7,500 limit applies if a defendant is covered by an automobile insurance policy that includes a duty to defend. (See Code Civ. Proc. § 116.221.)

## SC-100   Información para el demandado (la persona demandada)

La "Corte de reclamos menores" es una corte especial donde se deciden casos por $5,000 ó menos. Una "persona natural" (que no sea un negocio ni una entidad pública) puede reclamar hasta $10,000. Una "persona natural" (que no sea un negocio ni una entidad pública), que incluye un dueño único, generalmente puede reclamar hasta $10,000. (* Vea abajo para las excepciones.) El proceso es rápido y barato. Las reglas son sencillas e informales. Usted es el Demandado — la persona que se está demandando. La persona que lo está demandando es el Demandante.

### ¿Necesito un abogado?
Puede hablar con un abogado antes o después del caso. Pero *no puede* tener a un abogado que lo represente ante la corte (a menos que se trate de una apelación de un caso de reclamos menores).

### ¿Cómo me preparo para ir a la corte?
No tiene que presentar ningunos papeles antes del juicio, a menos que piense que ésta es la corte equivocada para su caso. Pero lleve al juicio cualquier testigos, recibos, y cualquier pruebas que apoyan su caso. Y lea "Esté preparado para su juicio" en:
*www.courts.ca.gov/reclamosmenores/preparese.*

### ¿Qué hago si necesito una adaptación?
Si tiene una discapacidad o tiene impedimentos de audición, llene el formulario MC-410, *Request for Accomodations*. Entregue el formulario al secretario de la corte o al Coordinador de Acceso/ADA de su corte.

### ¿Qué pasa si no hablo inglés bien?
Traiga a un adulto que no sea testigo para que le sirva de intérprete. O pida al secretario de la corte que le asigne uno. Si quiere que la corte le asigne un intérprete, lo tiene que pedir como mínimo menos cinco días antes de la fecha en que tenga que ir a la corte. Es posible que no haya disponible un intérprete proporcionado por la corte o que tenga que pagar una cuota por emplear un intérprete de la corte, a menos que tenga una exención de cuotas. Puede pedir a la corte una lista de intérpretes y la Solicitud de exención de cuotas y costos de la corte (formulario FW-001).

### ¿Dónde puedo obtener los formularios de la corte que necesito?
Vaya a cualquier edificio de la corte, la biblioteca legal de su condado, o imprima los formularios en: *www.courts.ca.gov/smallclaims/forms* (página está en inglés).

### ¿Qué pasa en el juicio?
El juez escuchará a ambas partes. El juez puede tomar su decisión durante la audiencia o enviársela por correo después.

### ¿Qué pasa si pierdo el caso?
Si pierde, puede apelar. Tendrá que pagar una cuota. (El Demandante no puede apelar su propio reclamo.)
- Si estuvo presente en el juicio, llene el formulario SC-140, *Aviso de apelación*. Tiene que presentarlo dentro de 30 días depués de la decisión del juez.
- Si *no* estuvo en el juicio, llene y presente el formulario SC-135, *Aviso de petición para anular el fallo y Declaración* para pedirle al juez que anule el fallo (decisión). Si la corte no le otorga un nuevo juicio, tiene 10 días para apelar la decisión. Presente el formulario SC-140.

Para obtener más información sobre las apelaciones, vea: *www.courts.ca.gov/reclamosmenores/apelaciones.*

### ¿Tengo otras opciones?
Sí. Si lo están demandando, puede:
- **Resolver su caso antes del juicio.** Si usted y el Demandante se ponen de acuerdo en resolver el caso, ambos tienen que notificar a la corte. Pídale al Asesor de Reclamos Menores que lo ayude.
- **Probar que la corte equivocada.** Envíe una carta a la corte *antes* del juicio explicando por qué cree que es la corte equivocada. Pídale a la corte que despida el reclamo. Tiene que entregar (dar) una copia de su carta (por correo o en persona) a todas las partes. (Su carta a la corte tiene que decir que hizo la entrega.)
- **Ir al juicio y tratar de ganar el caso.** Lleve testigos, recibos y cualquier prueba que necesite para probar su caso. Para asegurarse que los testigos vayan al juicio, llene el formulario SC-107, y el secretario emitirá una orden de comparecencia ordenándoles que se presenten.
- **Demandar a la persona que lo demandó.** Presente el formulario SC-120, *Reclamo del demandado*. Hay fechas límite estrictas que debe seguir.
- **Aceptar el reclamo del Demandante y pagar el dinero.** O, si no puede pagar en ese momento, vaya al juicio y diga que quiere hacer los pagos.
- **No ir al juicio y aceptar el fallo por falta de comparecencia.** Si no llega a un acuerdo con el Demandante y no va al juicio (fallo por falta de comparecencia), el juez le puede otorgar al Demandante lo que está reclamando más los costos de la corte. En ese caso, el Demandante legalmente puede tomar su dinero, su sueldo o sus bienes para cobrar el fallo.

### ¿Qué hago si necesito más tiempo?
Puede cambiar la fecha del juicio si:
- No puede ir a la corte en la fecha programada (tendrá que pagar una cuota para aplazar el juicio) o
- No le entregaron los documentos legalmente (no recibió la orden para ir a la corte) por lo menos 15 días antes del juicio (ó 20 días si vive fuera del condado) o
- Necesita más tiempo para conseguir intérprete. (Se permite un solo aplazamiento sin tener que pagar cuota para aplazar el juicio).

Pregúntele al secretario de reclamos menores sobre las reglas y las cuotas para aplazar un juicio. O llene el formulario SC-150 (o escriba una carta) y envíelo antes del plazo a la corte y a todas las otras personas que figuran en sus papeles de la corte. Adjunte un cheque para pagar los costos de la corte, a menos que le hayan dado una exención.

 **¿Necesita ayuda?** El Asesor de Reclamos Menores de su condado le puede ayudar sin cargo.

O vea "Información por condado" en:
*www.courts.ca.gov/reclamosmenores/asesores.*

*Excepciones: Existen diferentes límites en un reclamo contra un garante. (Vea el Código de Procedimiento Civil, sección 116.220 (c).) En un caso presentado por una persona natural por daños debido a lesiones físicas en un accidente automovilístico, existe un límite de $7,500 si el demandado tiene cobertura bajo una póliza de seguro de vehículo que incluye la obligación de defender. (Vea el Código de Procedimiento Civil, sección 116.221.)

# Exhibit A

# BILLING STATEMENT

RJM Acquisitions Funding LLC
575 Underhill Blvd., Suite 224
Syosset, NY 11791-4437
100105160300000?RJMPN1040513

PERSONAL & CONFIDENTIAL

**RJM Acquisitions Funding LLC**
575 Underhill Blvd. Suite 224
Syosset, NY 11791-4437
Fax No. (516) 714-1310
www.rjmacq.com
Mon-Thurs 8am-7pm, Fri 8am-3pm


RJM Acqusitions LLC has a
Better Business Bureau Rating of A+

**1-800-225-9318**
**Access Code ♦ 737424361006**

BOB SAMUEL DAVIS
12712 MUROC ST
NORWALK CA 90650-4454

April 5, 2013

Dear Bob Samuel Davis:

RJM Acquisitions Funding LLC ("**RJM**") has purchased the following account:

| | |
|---|---|
| RJM Purchased Your ................... ♦ | CITIBANK VISA ACCOUNT |
| CITIBANK VISA ACCOUNT#......... ♦ | 4128002684243442 |
| Your Social Security Number ........ ♦ | 560-2X-XXXX |
| Balance Due ............................. ♦ | $5,878.71 |

## OPPORTUNITY #1: SETTLE FOR $4,702.96 (A 20% DISCOUNT)
You can settle this account with a lump sum payment of $4,702.96, a 20% discount off the balance due of $5,878.71.

## OPPORTUNITY #2: SETTLE FOR $5,290.83 (A 10% DISCOUNT) AT $75.00 PER MONTH
If you send $75.00 per month, you can settle this account for $5,290.83, a 10% discount off the balance due of $5,878.71.

## OPPORTUNITY #3: PAY $37.50 PER MONTH
RJM is pleased to accept $37.50 per month until the balance due of $5,878.71 is paid.

Please respond by May 20, 2013. When you finish paying, your account will be **Satisfied in Full**.

| 3 Easy Ways to Pay: | Online @ www.rjmacq.com/pay | Mail tear-off below in postage paid envelope | Call 1-800-225-9318 |
|---|---|---|---|

**YOU CAN PAY BY:** Check, Money Order, VISA/MasterCard (Debit or Credit), American Express, Discover Card, Western Union Quick Collect, or with Cash using PayNearMe at a 7-Eleven Store.

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. See back of letter for important information.

▼ Detach Here ▼                                                                                          ▼ Detach Here ▼

Re: BOB SAMUEL DAVIS
Please respond by May 20, 2013

CITIBANK VISA ACCOUNT#4128002684243442
Access code 737424361006
RJM Toll Free 1-800-225-9318

✓ **Yes!** I like:

☐ **OPPORTUNITY #1:** Enclosed is my payment of $4,702.96 (a 20% discount). My account is now satisfied in full.

☐ **OPPORTUNITY #2:** Enclosed is my first payment of $75.00 towards the settlement balance of $5,290.83 (a 10% discount). Please send me a receipt.

☐ **OPPORTUNITY #3:** Enclosed is my first payment of $37.50 towards the balance due of $5,878.71. Please send me a receipt.

☐ Other: _____

_____

Email Address: _____

PLEASE COMPLETE IF PAYING BY CREDIT CARD.

VISA   MasterCard   [ ]   DISCOVER
☐         ☐            ☐        ☐

Card No. _____

Expiration Date: ___/___ Amount:$ _____

Cardholder Name: _____

Signature: _____



RJFPN1
PN1 V1
250671

001001051603  PN1 000 007    4/5/13        **RJF**

12712 MUROC ST

---

**IMPORTANT INFORMATION**

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request of this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

**The state of California requires that we disclose the following for California Residents:** The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or

Back of Letter

April 5, 2013

...MUEL DAVIS
...MUROC ST
...K CA 90650-4454

Access Code ♦ 737424361006
1-800-225-9318

...AL & CONFIDENTIAL

300002RJMPN10405 13

...isitions Funding LLC
...hill Blvd., Suite 224
...Y 11791-4437

10 10 0000353 2
250671

BBB ACCREDITED BUSINESS — RJM Acquisitions LLC has a Better Business Bureau Rating of A+

**RJM Acquisitions Funding LLC**
575 Underhill Blvd. Suite 224
Syosset, NY 11791-4437
Fax No. (516) 714-1310
www.rjmacq.com
Mon-Thurs 8am-7pm, Fri 8am-3pm

activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

The law limits how long you can be sued on a debt, and your debt is beyond that limitation.

Payment by Check
When you pay by check, you authorize us either to use information from that check to make a one-time transfer from that account or to process this transaction as a check.

**Account Information**

| | |
|---|---|
| CITIBANK VISA ACCOUNT# ▶ | 4128002684243442 |
| Date this Account was Opened ▶ | October 1, 1990 |
| A Previous Address of Yours ▶ | PO BOX 779<br>LAKEWOOD, CA 90714-0779 |
| Date RJM Purchased this Account ▶ | January 25, 2005 |
| Balance Due: ▶ | $5,878.71 |

000 007

Access code 737424361006
Re: BOB SAMUEL DAVIS
Balance Due: $5,878.71

√ Make your check or money order payable to **RJM Acquisitions Funding LLC.**

√ Write Access code 737424361006 on your payi... correspondence.

Name (please print clearly)
Address Apt. No.
City State Zip

☐ Check here if your address has changed. Make changes above.
☐ My name has changed to:

New Name

Email Address:

RJM Acquisitions Funding LLC
575 Underhill Blvd. Suite 224
Syosset, NY 11791-9827

R

001001051603 PN1 000 007 4/5/13
12712 MUROC ST

# Exhibit B

# BBB COMPLAINT

# RJM



Home | Closed Complaints | Update Profile                                                                    Logoff
Overview | Complaint | Messages | Action | History |                                          Complaint ID 9500840

WHAT DO I DO NEXT?                     Complaint has been sent to the business...

The Better Business Bureau is waiting for a
response from the business.

| | |
|---|---|
| Sent Via: | Email (ODR) |
| From: | Better Business Bureau Serving Metropolitan New York |

IN THE MEANTIME IF ANY OF THIS
INFORMATION IS INCORRECT SEND US
AN EMAIL:

| | |
|---|---|
| To | Mr. Robert Davis |
| To Email: | Mr. Robert Davis |
| Subject: | Complaint has been sent to the business. |
| Date Sent: | 4/12/2013 10:24:52 AM |
| Attachments: | |

Click here ONLY if your
complaint is Resolved

Click here for printer friendly version

For more detail on these choices, click here.

Robert Davis
3941 S. Bristol Street, #D-443
Santa Ana , CA. 92704

Dear Robert Davis :

This is in reference to your complaint against RJM Acquisitions, LLC. Your complaint
was assigned ID #9500840.

Your complaint has been sent to the business for their response. Once they have
responded to the BBB, we will contact you again. In the meantime, if you have
further communication directly with the business that results in a resolution, please
send us a message electronically or by written correspondence to let us know.

Sincerely,

Betty Briggs
Mediator

THE TEXT OF YOUR COMPLAINT WILL BE PUBLICLY POSTED ON THE BBB WEB
SITE. BBB reserves the right to not post in accordance with BBB policy. PLEASE DO NOT
INCLUDE ANY UNNECESSARY PERSONALLY IDENTIFIABLE INFORMATION such as
social security numbers, bank dates, etc.). IN DESCRIBING THE NATURE OF YOUR
COMPLAINT BY SUBMITTING YOUR COMPLAINT, YOU ARE REPRESENTING THAT IT
IS A TRUTHFUL ACCOUNT OF YOUR EXPERIENCE WITH THE BUSINESS. BBB MAY
EDIT YOUR COMPLAINT TO PROTECT PRIVACY RIGHTS AND TO REMOVE
INAPPROPRIATE LANGUAGE.

Privacy Policy   Trademarks   Terms of Use

Complaint Data

Page 1 of 1

Overview | *Complaint* | Messages | Action | History |

Logoff

**Complaint ID 9500840**

### WHAT DO I DO NEXT?

The Better Business Bureau is waiting for a response from the business.

### IN THE MEANTIME IF ANY OF THIS INFORMATION IS INCORRECT SEND US AN EMAIL:

**Click here ONLY if your complaint is Resolved** 

For more detail on these choices, **click here.**

## Complaint Data

This Business was *Accredited* at the time the Complaint was made.

PROBLEM

**Nature of Complaint:** Billing or Collection Issues - The company has unethical collection practices

**Problem:** I received a billing statement from the debt company on 4/11/13 dated 4/5/13 regarding the alledged debt from Citibank Visa in the amount of $5,878.71 with the first 3 numbers of ssn being 560 which isnot mine and I have never had a Citibank Credit Card. RJM also mailed this statement to an address I have not resided at sense 1990 and belongs to my mom. The access code# 737424361006. On 4/11/13 at 12:15 p.m. I left a message with RJM's CEO Scott Matte and sent an e-mail to: jrozansky@rjmacqny.com. If this matter is not resolved by 4/15/13 I will be filing a criminal complaint against RJM and Scott Matte plus a lawsuit for I.D. Theft and Fraud.

DESIRED OUTCOME

**Desired Settlement:** Other (requires explanation)

**Desired Outcome:** Receive a letter stating that this matter has been cleared from RJM Collections systems and from any other third party collection agency's system including Citibank.

COMPLAINT BACKGROUND

Not all of these questions are required.  Please provide as much information as you have.

1. Product/Service Purchased:
2. Model Number:                    737424361006
3. Contract, Account, or Policy #:  4128002684243442
4. Order #:
6. Date Problem First Occurred:     4/5/2013

**Dates you complained to the company/organization**

7.  First Date:                     4/11/2013
10. Payment Made:                   No

**Name of Sales Person**

13. First Name:                     None
15. Last Name:
17. Purchase Price:                 $0.00
18. Disputed Amount:                $5,787.71

Privacy Policy      Trademarks      Terms of Use

# Exhibit C

# BBB COMPLAINT

# CITIBANK

Complaint Overview

Logoff

Complaint ID 9500953

Home | Closed Complaints | Update Profile
**Overview** | Complaint | Messages | Action | History |

**WHAT DO I DO NEXT?**

The Better Business Bureau is waiting for a
response from the business.

**IN THE MEANTIME IF ANY OF THIS
INFORMATION IS INCORRECT SEND US
AN EMAIL:**

**Click here ONLY if your
complaint is Resolved**

For more detail on these choices, **click here.**

## Complaint Overview

IDENTIFICATION

| | | | | | |
|---|---|---|---|---|---|
| **Complaint ID:** | 9500953 | **Complaint Type:** | Business Complaint | **Date Filed:** | 4/11/2013 4:49 PM |

**Dispute Center:**  Better Business Bureau Serving Metropolitan New York (New York, NY)
30 East 33rd Street 12th Floor
New York, NY 10016
Email:
Web: www.newyork.bbb.org

CONSUMER INFORMATION

| | |
|---|---|
| **Date Filed:** | 4/11/2013 |
| **Sal:** | Mr. |
| **First Name:** | Robert |
| **Middle Name:** | |
| **Last Name:** | Davis |
| **Suffix:** | |
| **Address:** | 3941 S. Bristol St., #d-443 |
| | Santa Ana California 92704 UNITED STATES |
| **Daytime Phone:** | 714-209-5095 |
| **Evening Phone:** | 714-209-5095 |
| **Fax:** | 714-540-0735 |
| **Email:** | surveillancecode5@gmail.com |

BUSINESS INFORMATION

| | |
|---|---|
| **Business ID:** | 0000000140 |
| **Name:** | Citibank S.D. |
| **Address:** | Office of the President 701 East 60th Street N. |
| **City:** | Sioux Falls |
| **State/County:** | SD |
| **Zip/Postal Code:** | 57117 |
| **Business Phone Number:** | (212) 559-1000 |

Privacy Policy      Trademarks      Terms of Use

Complaint Data

Home | Closed Complaints | Update Profile

Overview | *Complaint* | Messages | Action | History |

Logoff

Complaint ID 9500953

### WHAT DO I DO NEXT?

The Better Business Bureau is waiting for a response from the business.

### IN THE MEANTIME IF ANY OF THIS INFORMATION IS INCORRECT SEND US AN EMAIL:

Click here ONLY if your 
complaint is Resolved

For more detail on these choices, click here.

## Complaint Data

This Business was *Accredited* at the time the Complaint was made.

PROBLEM

**Nature of Complaint:** Billing or Collection Issues - The company has unethical collection practices

**Problem:** On 4/11/13 I received a billing statement from RJM regarding a alledged debt with Citibank Visa Card in the amount of $5,878.71 with the first 3 number of the ssn being 560 which is not mine and neither is the account. This is fraud. Also I received this statement at a address that I have not resided at sense 1990 which belongs to my mom. I have already filed a complant with RJM with BBB and contacted the CEO Scott Matte and have also contact Citibank via online email. If this matter is not taken care of by 4/15/13 I will be filing a criminal and civil complaint against all parties for fraud

DESIRED OUTCOME

**Desired Settlement:** Other (requires explanation)

**Desired Outcome:** To receive a call from Citibanks CEO Mik L. Corbat and a letter from him correcting this fraud problem deleting my info from all credit and collections systems incuding any credit reports that this alledged debt may be on.

COMPLAINT BACKGROUND

Not all of these questions are required. Please provide as much information as you have.

1. Product/Service Purchased:
2. Model Number:
3. Contract, Account, or Policy #:     4128002684243442
4. Order #:
6. Date Problem First Occurred:     4/5/2013

**Dates you complained to the company/organization**

7. First Date:     4/11/2013
10. Payment Made:     No

**Name of Sales Person**

13. First Name:
15. Last Name:
17. Purchase Price:     $0.00
18. Disputed Amount:     $5,878.71

Privacy Policy    Trademarks    Terms of Use

Robert Davis
3941 S. Bristol St., #D-443
Santa Ana , CA, 92704

Dear Robert Davis :

This is in reference to your complaint against Citibank S.D.. Your
complaint was assigned **ID #9500953** .

Your complaint has been sent to the business for their response. Once
they have responded to the BBB, we will contact you again. In the
meantime, if you have further communication directly with the business
that results in a resolution, please send us a message **electronically or
by written correspondence** to let us know.

Sincerely,

Jan Annenberg
Mediator
Phone: (212) 358-2839

THE TEXT OF YOUR COMPLAINT WILL BE PUBLICLY POSTED ON
THE BBB WEB SITE (BBB reserves the right to not post in accordance with BBB
policy). PLEASE DO NOT INCLUDE ANY UNNECESSARY PERSONALLY
IDENTIFIABLE INFORMATION (such as social security numbers, birth dates,
etc.) IN DESCRIBING THE NATURE OF YOUR COMPLAINT. BY
SUBMITTING YOUR COMPLAINT, YOU ARE REPRESENTING THAT IT IS A
TRUTHFUL ACCOUNT OF YOUR EXPERIENCE WITH THE BUSINESS. BBB
MAY EDIT YOUR COMPLAINT TO PROTECT PRIVACY RIGHTS AND TO
REMOVE INAPPROPRIATE LANGUAGE.

# Exhibit D

# SOCIAL SECURITY CARD



# FEDERAL COURT PROOF OF SERVICE

Davis v. RJM Acquisitions Funding, LLC - File No. 33294.19

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On April 29, 2013, I served the following document(s): **NOTICE OF REMOVAL**

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Bob Davis
3941 So. Bristol Street, #D-443
Santa Ana, California 92704

TEL: (714) 209-5095

*IN PRO PER*

The documents were served by the following means:

☒ (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the U.S. Postal Service, with the postage fully prepaid.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on April 29, 2013, at Los Angeles, California.

ROSA E. ROJAS

4818-3193-3203.1