JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 13-2984 ABC (AGRx) | Date | August 29, 2013 |
|---|---|---|---|
| Title | Bob Davis v. RJM Acquisitions Funding LLC et al. | | |

| Present: The Honorable | Audrey B. Collins, United States District Judge |
|---|---|

| Angela Bridges | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**     ORDER GRANTING MOTION TO DISMISS
(In Chambers)

Pending before the Court is a Motion to Dismiss ("Motion," docket no. 9) filed by Defendant Citibank, N.A. ("Defendants"). The Motion is set for hearing on September 16, 2013.

Under Local Rule 7-9, "Opposing Papers," papers opposing a motion are due served on the movant and filed with the Court "not later than twenty-one (21) days before the date designated for the hearing of the motion." Accordingly, Plaintiff's opposition papers were due served and filed not later than August 26, 2013. As of the date of this order, Plaintiff has not filed any opposition. Under Local Rule 7-12, "The failure to file any required paper, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion." In this case, the Court deems Plaintiff's failure to oppose as consent to the granting of the Motion.

The Court has also reviewed the Motion and finds that it presents sound grounds for dismissing the Complaint.

In light of Plaintiff's failure to oppose the Motion to Dismiss – which the Court construes as consent to granting the Motion – and the merits of the Motion, the Court hereby **GRANTS** the Motion and dismisses the Complaint. The hearing set for September 16, 2013 is therefore **VACATED**.

**IT IS SO ORDERED.**

|  | -- : -- |
|---|---|
| | Initials of Preparer     ljw for AB |