1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**CENTRAL  DISTRICT OF CALIFORNIA – WESTERN DIVISION**

|  |  |
|---|---|
| BOB DAVIS,<br><br>              Plaintiff,<br><br>v.<br><br>RJM ACQUISITIONS FUNDING, LLC;<br>SCOTT WATTE; CITIBANK SERVICE<br>CORPORATION; and MICHAEL<br>CORBET<br><br>              Defendants. | Case No. 13-cv-02984-ABC-AGR<br>*The Hon. Audrey B. Collins*<br><br>[~~PROPOSED~~] **JUDGMENT** |

## JUDGMENT

The Court's Order entered on August 29, 2013 granted the motion to dismiss filed by defendant Citibank, N.A., erroneously sued as "Citibank Service Corporation and Michael Corbet."  Specifically, the Court found that the Motion "present[ed] sound grounds for dismissal of the Complaint" and thereby dismissed the Complaint.

**IT IS THEREFORE ORDERED AND ADJUDGED** that the Complaint is hereby dismissed with prejudice and that Plaintiff shall recover nothing against defendants named in the above-captioned action, and judgment shall be entered in favor of defendants on all causes of action alleged by the Complaint.

**IT IS SO ORDERED.**

Dated: October 2, 2013

_____
The Honorable Audrey B. Collins
United States District Court Judge

**Error! Main Document Only.** DOLL AMIR & ELEY LLP